60 F.3d 824
NOTICE: Fourth Circuit Local Rule 36(c) states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Patrick Edward QUINN, Petitioner-Appellant,
v.
William L. SMITH, Warden; Attorney General of The State of
Maryland, Respondents-Appellees.
 No. 95-6554.
 United States Court of Appeals, Fourth Circuit.
 Submitted: June 22, 1995.
Decided: July 13, 1995.
 
 Patrick Edward Quinn, Appellant Pro Se.
 John Joseph Curran, Jr., Attorney General, Tarra R. DeShields-Minnis, Office of the Attorney General of Maryland, Baltimore, MD, for Appellees.
 D.Md.
 AFFIRMED.
 Before HALL, MURNAGHAN, and LUTTIG, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying him an extension of time in which to file a notice of appeal from a previous order that denied Appellant's 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the district court's opinion, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Quinn v. Smith, No. CA-94-1515-HAR (D.Md. Mar. 8, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.